IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOIS WHITE, <br><br> Plaintiff, <br><br> v. <br><br> PETCO ANIMAL SUPPLIES STORES, INC., a Delaware corporation, <br><br> Defendant. | Case No. 1:23-cv-17082 <br><br> Honorable Thomas M. Durkin |

## NOTICE OF SETTLEMENT IN PRINCIPLE

The Parties respectfully notify the Court that they have agreed in principle to settle the above-captioned matter. Counsel for the Parties are in the process of preparing and finalizing a Settlement Agreement and Stipulation of Dismissal. The Parties respectfully request that all upcoming deadlines, including Defendant's responsive pleading due April 22, 2024 and the Joint Status Report due May 6, 2024, be adjourned.

Respectfully submitted,

CASS LAW GROUP, P.C.

/s/ Angela C. Spears
Angela C. Spears (IL Bar #: 6327770)
CASS LAW GROUP, P.C.
20015 S. LaGrange Rd #1098
Frankfort, IL 60423
T: (833) 343-6743
F: (855) 744-4419
E: aspears@casslawgroup.com
*Counsel for Plaintiff*

Dated: April 22, 2024

1