# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LOIS WHITE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:23-cv-17082 |
| PETCO ANIMAL SUPPLIES STORES, INC., a Delaware corporation, | ) Honorable Thomas M. Durkin ) ) |
| Defendant. | ) ) |

## NOTICE OF VOLUNTARY DISMISSAL OF PETCO ANIMAL SUPPLIES STORES, INC. UNDER FED. R. CIV. P. 41(a)(1)(A)(i) WITH PREJUDICE

Plaintiff, through undersigned counsel, voluntarily dismisses Defendant Petco Animal Supplies Stores, Inc. under Fed. R. Civ. P. 41(a)(1)(A)(i) with prejudice.

.

                Respectfully submitted,

                CASS LAW GROUP, P.C.

                /s/ Angela C. Spears
                Angela C. Spears (IL Bar #: 6327770)
                CASS LAW GROUP, P.C.
                20015 S. LaGrange Rd #1098
                Frankfort, IL 60423
                T: (833) 343-6743
                F: (855) 744-4419
                E: aspears@casslawgroup.com
                *Counsel for Plaintiff*

Dated: June 11, 2024